*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Cephas
    Debtor(s)

Case No: 15−11801−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion for Relief from Stay RE: Property Address 1854 South Ringgold Street, Philadelphia, PA 19145. Fee Amount $176.00, Filed by Wells Fargo Bank, National Association, et. al. Represented by JOSEPH PATRICK SCHALK (Counsel).

    on: 1/11/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date:  12/14/16

For The Court

Timothy B. McGrath
Clerk of Court