United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-11801-jkf
Angela Cephas                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan            Page 1 of 1         Date Rcvd: Dec 14, 2016
                              Form ID: 167          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
```
db              +Angela Cephas,    69 Bartram Ave,    Lansdowne, PA 19050-2903
13491034       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                  Frederick, MD 21701)
13570180        +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC #D3347-014,
                  3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
           paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          BRAD J. SADEK    on behalf of Debtor Angela  Cephas brad@sadeklaw.com
          SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Cephas
    Debtor(s)

Case No: 15–11801–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

Motion for Relief from Stay RE: Property Address 1854 South Ringgold Street, Philadelphia, PA 19145. Fee Amount $176.00, Filed by Wells Fargo Bank, National Association, et. al. Represented by JOSEPH PATRICK SCHALK (Counsel).

on: 1/11/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/14/16

Timothy B. McGrath
Clerk of Court

55 – 47
Form 167