*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Cephas
    Debtor(s)

Case No: 15−11801−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Motion for Relief from Stay RE: Property Address: 1854 Ringgold Street, Philadelphia, PA 19145 NKA 1854 South Ringgold Street, Philadelphia, PA 19145. Fee Amount $181.00, Filed by Wells Fargo Bank, National Association, et. al. Represented by JEROME B. BLANK

on: 10/31/17

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

70 − 60
Form 167