United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-11801-elf
Angela Cephas                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Pamela | Page 1 of 1 | Date Rcvd: Oct 05, 2017 |
|---|---|---|---|
| | Form ID: 167 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db          +Angela Cephas,    69 Bartram Ave,    Lansdowne, PA 19050-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
    ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
    ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
     paeb@fedphe.com
    ANDREW F GORNALL     on behalf of Creditor    PNC Bank, National Association
     agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
    BRAD J. SADEK    on behalf of Debtor Angela   Cephas brad@sadeklaw.com
    JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
     paeb@fedphe.com
    SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
    THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                      TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Cephas
  Debtor(s)

Case No: 15−11801−elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay RE: Property Address: 1854 Ringgold Street, Philadelphia, PA 19145 NKA 1854 South Ringgold Street, Philadelphia, PA 19145. Fee Amount $181.00, Filed by Wells Fargo Bank, National Association, et. al. Represented by JEROME B. BLANK

on: 10/31/17

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/5/17

Timothy B. McGrath
Clerk of Court

70 − 60
Form 167