United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 15-11801-elf
Angela Cephas   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: YvetteWD       Page 1 of 1       Date Rcvd: Dec 13, 2017
                    Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
db           +Angela Cephas,    69 Bartram Ave,    Lansdowne, PA 19050-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
       paeb@fedphe.com
      ANDREW F GORNALL    on behalf of Creditor   PNC Bank, National Association
       agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
      BRAD J. SADEK    on behalf of Debtor Angela   Cephas brad@sadeklaw.com,   bradsadek@gmail.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
       paeb@fedphe.com
      SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
      THOMAS I. PULEO    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
|    **ANGELA CEPHAS,** | : | |
|         **Debtor** | : | Bky. No.  15-11801 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 78) is **APPROVED**.

**Date: December 13, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**