### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angela Cephas<br>　　　　　　　　　Debtor<br><br>PNC Bank, National Association<br>　　　　　　　　　Movant<br>　　vs.<br><br>Angela Cephas　　　　　　　Debtor<br><br>Jeffrey Cephas　　　　　　　Co-Debtor<br><br>William C. Miller Esq.　　　　Trustee | CHAPTER 13<br><br><br>NO. 15-11801 ELF<br><br><br><br><br>11 U.S.C. Section 362 |

### MOTION OF PNC Bank, National Association
### FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER SECTION 362

1.　　Movant is PNC Bank, National Association.

2.　　Debtor and Co-Debtor are the owners of the premises 69 Bartram Avenue, Lansdowne, PA 19050, hereinafter referred to as the mortgaged premises.

3.　　Movant is the holder of a mortgage, original principal amount of $178,489.00 on the mortgaged premises that was executed on July 26, 2007 by Debtor Angela Cephas and Co-Debtor Jeffrey Cephas as co-mortgagors. Said mortgage was recorded on July 30, 2007 at Book 4165, Page 381 in Delaware County.

4.　　 William C. Miller Esq., is the Trustee appointed by the Court.

5.　　The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor.

6.　　Debtor and Co-Debtor have failed to make the monthly post-petition mortgage payments in the amount of $1,611.56 for the month of December 2017 and $1,668.43 for the months of January 2018 through February 2018.

7.　　In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $850.00 in legal fees and $181.00 in legal costs. Movant reserves all rights to seek an award or allowance of such fees

and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The total amount necessary to reinstate the loan post-petition, less suspense balance of $1,158.53 is $3,789.89 (plus attorney's fees & costs).

9. Debtor is currently delinquent in plan payments to the Chapter 13 Trustee in the amount of $1,966.85.

10. Movant is entitled to relief from stay for cause.

11. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Automatic Stay under Section 362 and the Codebtor Stay under Section 1301 of the Bankruptcy Code, so as to permit Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgaged premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, including reasonable attorney's fees in accordance with the mortgage, loan documents and related agreements, and current law, together with interest.

Date: February 23, 2018

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant