# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 15-11801-ELF

ANGELA  CEPHAS

69 BARTRAM AVE

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANGELA  CEPHAS

69 BARTRAM AVE

LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

                                                        /S/ William C. Miller

Date: 6/1/2018                                           _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee