IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
|    Angela Cephas | : |
| | : |
| | :    Case No.: 15-11801 ELF |
| | : |
| Debtor(s) | :    Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Modify the Plan filed on June 12, 2018 at docket number 99.

Dated: July 20, 2018             /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper
                                 "The Philadelphia Building"
                                 1315 Walnut Street, #502
                                 Philadelphia, PA 19107
                                 215-545-0008