United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-11801-elf
Angela Cephas                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Jennifer         Page 1 of 1           Date Rcvd: Aug 15, 2018
                      Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db         +Angela Cephas,   69 Bartram Avenue,   Lansdowne, PA 19050-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
     ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
      paeb@fedphe.com
     ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
     ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
      agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
     BRAD J. SADEK    on behalf of Debtor Angela  Cephas brad@sadeklaw.com,   bradsadek@gmail.com
     JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
      paeb@fedphe.com
     MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
      paeb@fedphe.com
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
      bkgroup@kmllawgroup.com
     SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
     THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                         TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ANGELA CEPHAS, | : | |
| Debtor | : | Bky. No. 15-11801 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #107 ) is **APPROVED**.

**Date: August 15, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE