IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Angela Cephas | : |
| | : |
| | :  Case No.: 15-11801ELF |
| | : |
| Debtor(s) | :  Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Supplemental Application for Compensation of Attorney Fees filed at Docket Number 110.

Dated: August 20, 2018

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008