United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11801-elf
Angela Cephas                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD            Page 1 of 1            Date Rcvd: Aug 22, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db             +Angela Cephas,    69 Bartram Avenue,    Lansdowne, PA 19050-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
       paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      BRAD J. SADEK    on behalf of Debtor Angela  Cephas brad@sadeklaw.com,   bradsadek@gmail.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
       paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
       paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
       bkgroup@kmllawgroup.com
      SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
      THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                  TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Angela Cephas

        Case No.: 15-11801 ELF

Debtor(s)        Chapter 13

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. **Supplemental compensation is ALLOWED** in favor of the Applicant in the amount of $500.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $0.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Dated:** 8/21/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**