**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angela Cephas <br>      Debtor <br><br> PNC Bank, National Association <br>      Movant <br>  vs. <br><br> Angela Cephas <br>      Debtor <br><br> and William C. Miller Esq. <br>      Trustee | Chapter 13 <br><br><br> NO. 15-11801 ELF <br><br><br> 11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

 I, Rebecca A. Solarz, Esquire, attorney for Movant, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated December 19, 2018 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

                 **/s/ Rebecca A. Solarz, Esquire**
                 Rebecca A. Solarz, Esquire
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322 FAX (215) 627-7734
                 Attorneys for Movant/Applicant

February 8, 2019