# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Angela Cephas
                Debtor

PNC Bank, National Association
                v.
Angela Cephas
                and
William C. Miller Esq.
                Trustee

Chapter 13

NO. 15-11801 ELF

## ORDER

AND NOW, this 19th day of February, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 11, 2018 it is **ORDERED** that:

The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 69 Bartram Avenue Lansdowne, PA 19050.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**