United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-11801-elf
Angela Cephas                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD           Page 1 of 1         Date Rcvd: Feb 22, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
db             +Angela Cephas,    69 Bartram Avenue,    Lansdowne, PA 19050-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              ANDREW F  GORNALL    on behalf of Creditor    PNC Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Angela   Cephas brad@sadeklaw.com,    bradsadek@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association, et. al.
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Angela Cephas<br>　　　　　　　　　Debtor<br>_____<br>PNC Bank, National Association<br>　　　　　　v.<br>Angela Cephas<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br>NO. 15-11801 ELF |

### ORDER

AND NOW, this  19th  day of  February , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 11, 2018  it is **ORDERED** that:

The automatic stay  under  11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 69 Bartram Avenue Lansdowne, PA 19050.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**